ANNIE CROGAN, Respondent, *v.* ACHILLES PERSION, as Treasurer of INTERNATIONAL HOD CARRIERS AND BUILDING LABORERS' UNION OF AMERICA, Appellant.

*Crogan* v. *Persion*, 173 App. Div. 292, affirmed.

(Submitted December 9, 1918; decided January 7, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 13, 1916, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court. The action was brought by plaintiff to recover upon an alleged contract of insurance upon the life of her deceased husband and as assignee of ten others similarly situated. The alleged death benefits are for one hundred dollars each, to which plaintiff asserted she was entitled by virtue of the " constitution and general rules " of the International Hod Carriers and Building Laborers' Union of America, an unincorporated labor union. The com- plaint alleged the death of the members named; the rela- tionship of the beneficiaries; that pursuant to the constitu- tion and general rules of the said union there became due and payable to such beneficiaries, on the death of each of the said members, a death benefit of $100; that there was in the general fund of the union more than sufficient money to pay all claims and that due notice and proof of death has been given and payment demanded and refused. The answer denied all of the allegations of the complaint

except as to the existence of the society and its treasurer and the possession of sufficient funds to pay the claims. It alleged, as a separate defense, that the deceased members named in the complaint were members of a subordinate local union, which, prior to the dates of the several deaths, had been suspended for failure to comply with the laws of the society and that thereby the said members were suspended and debarred from all benefits, and as a further defense that proofs of death, due books and other documents in connection therewith were not furnished as required by the laws of the society.

*William F. Ashley,. Jr.,* and *Andrew Foulds, Jr.,* for appellant.

*William A. McQuaid* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.